☒ SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA ☐ RS ☒ SA ☐ UNDER SEAL |
|---|---|
| | CASE NUMBER: SA 06-237M |
| | ☒ COMPLAINT     ☐ OUT OF DISTRICT AFFIDAVIT |
| | ☐ INDICTMENT    ☐ INFORMATION |
| v. | ☐ SUMMONS       ☐ EXTRADITION |
| | ☐ PSA/PO WARRANT |
| Travis Mock | ☐ SUPER FAST TRACK (Class B Misdemeanor) |
| | FILED: 6/8/06 |
| DEFENDANT. | VIOLATION: 18:1029(a)(2) |
| | DATE: 6/8/06    TIME: 2:00 PM |
| | TAPE NUMBER: SA06-12 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE Nakazato | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT: Melissa Cash / Ivy Wang / NA
         Deputy Clerk / Assistant U.S. Attorney / Interpreter / Language

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: E. Macias ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☐ DFPD ☒ Panel ☐ Poss. Contribution
☒ Ordered (see separate order)  ☐ Special appearance by: Specially appointed this date only
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained  ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK**  ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☒ Preliminary Hearing set for June 22, 2006 at 4:30 PM  Dates are tentatively set, parties will be notified of any change
☒ Post-Indictment Arraignment set for: June 26, 2006 at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue.  ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) June 9, 2006 (Time) 2:00 ☐ AM / ☒ PM
   Type of Hearing: Detention Hearing  Before Judge Nakazato /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom / ☒ Judge's Courtroom 6B
☒ Pending further hearing
☒ Defendant committed to the custody of the U.S. Marshal  ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
RELEASE ORDER NO: _____
☒ Other: Deft intends to have retained counsel and requests to continue detention hrg.

☐ PSA   ☐ FINANCIAL   ☒ READY   Deputy Clerk Initials: MC

cc: AUSA, Defendant's counsel
    ☐ PSALA, ☒ PSASA, ☐ PSAED, ☐ USPO

DOCKETED ON CM
JUN 13 2006
BY _____ 037

ORIGINAL - WHITE COPY   PINK - PIA CLERK   YELLOW - STATS   GREEN - CRD